UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ALIMONTE,

                Plaintiff,

   -against-

OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,

                Defendants.

24 CIVIL 9637 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 27, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 28, 2025
            New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge